

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-21-00118-CV

Steven L. **BRUINGTON** and Nancy R. Bruington,
Appellants

v.

**LAKE MCQUEENEY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**,
Robert L. Worth, Jr., David Doughtie, John Ewald, Lindsey Gillum and Paul A Mueller,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2549-CVC
The Honorable Margaret Garner Mirabal, Judge Presiding

# O R D E R

This is a precedential appeal arising from an election contest. *See* TEX. ELEC. CODE ANN. § 231.009. Appellants filed their notice of appeal on March 31, 2021. On May 27, 2021, appellees filed a "Motion to Expedite the Briefing Schedule and the Disposition of Appeal of this Election Contest." By their motion, appellees request (1) an expedited briefing schedule, (2) our refusal to entertain motions for rehearing, and (3) expedited issuance of the mandate. Appellants have filed their brief, and appellees have filed their response brief. Appellants oppose the appellees' motion but "in the spirit of cooperation" agree to file their reply brief by July 2, 2021.

Under section 231.009 of the Texas Election Code, "[a]n election contest has precedence in appellate courts and shall be disposed of as expeditiously as practicable." *Id.*; *see Reese v. Duncan*, 80 S.W.3d 650, 665 (Tex. App.—Dallas 2002, pet. denied) (refusing any motion for rehearing and directing the clerk to issue mandate immediately). We **GRANT IN PART** appellees' request to expedite the briefing schedule and **ORDER** appellants to file their reply brief **on or before July 2, 2021.** We **CARRY WITH THE APPEAL** the remainder of the motion, including appellees' request for us to refuse motions for rehearing and to expedite the mandate.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court